

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00769-CV

**IN RE TEXAS FIRST RENTALS, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             H. Todd McCray, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed its petition for writ of mandamus and motion for temporary stay on November 14, 2024. The court held the motion for temporary stay in abeyance and requested a response from real parties in interest. Real parties in interest filed their opposition to the petition and relator has filed its reply. The court has reviewed the record, pleadings, and applicable law and determined that relator is not entitled to the relief it seeks. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is **DENIED**. The motion for temporary stay is **DENIED** as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-04531, styled *Texas First Rentals, LLC vs Mitchell Energy Services, LLC et al*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Kevin Henderson presiding.